Rel: July 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0748

Gary Noland and Nue Cheer Franklin v. Montgomery Real Estate Buyers, LLC, and Joseph Back (Appeal from Montgomery Circuit Court: CV-23-900565).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Shaw, Mendheim, and Mitchell, JJ., concur.